Bennett, Kitty Pace

02-13715

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS

116
60-249 / 433

| Case | Debtor |
|---|---|
| 02-13715 A | BENNETT, KITTY PACE |
| 92000911176366 | |
| COMBINED SMALL CHECK | |

TID #380290
MICHAEL CHIASSON
P.O. BOX 1666
MANDEVILLE LA 70470

Date 07/20/2011    $ ***********3.57

~~~Three Dollars and 57/100

Pay to the Order of  U.S. Bankruptcy Court

MICHAEL CHIASSON, Trustee

⑈000116⑈ ⑆043302493⑆ 92000911176366⑈

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
   NEW ORLEANS DIVISION

# 228851       - KW
* * C O P Y * *
  July 21, 2011
    15:04:22


   UNC.UNDER$25
     02-13715
Debtor.: KITTY PACE BENNETT
Trustee: Michael Chiasson
Amount.:           $3.57 CH
Check#.: 116




Total-> $3.57



FROM: CHIASSON
```

Deposit 7/21/11
106000 Treasury Acct.

Due: World Financial Network

Printed: 07/20/11 09:03 AM

# Claims Distribution Small Checks

Page: 1

Case: 02-13715 - BENNETT, KITTY PACE

Trustee: MICHAEL CHIASSON (380290)

| Account No. | Check No. | Issued | Claim No. | Filed | Payee | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00009111176366 | 116 | 07/20/11 | 18 -1 | 10/28/02 | U.S. Bankruptcy Court | 610 | World Financial Network | 116.27 | 116.27 | 3.57 | 3.57 |

Check Amount: $3.57

(*) Denotes objection to Amount Filed